# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Case No. 1:16-cv-02016-JDB-DAR |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP address 66.44.45.250, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL

## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel, Melissa Brabender, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses John Doe from this action <u>with prejudice</u>. John Doe was assigned the IP Address 66.44.45.250. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: February 1, 2017

Respectfully submitted,
MALIBU MEDIA, LLC.
PLAINTIFF

By: _/s/ Jon A. Hoppe_____
Jon A. Hoppe, Esquire #6479
Counsel
Law Offices of Jon A. Hoppe, Esq.
1050 Seventeenth Street, NW #1000

Washington, DC 20036
Tel: (202) 587-2994 x2601
Fax: (202) 587-2995

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 1, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _/s/ Jon A. Hoppe _____
Jon A. Hoppe, Esq.